**JOHN F. McGRORY**, OSB #813115
johnmcgrory@dwt.com
Telephone: 503-778-5204
Facsimile: 503-778-5299
**GREGORY A. CHAIMOV**, OSB #822180
gregorychaimov@dwt.com
Telephone: 503-778-5328
Facsimile: 503-778-5299
**FRED BURNSIDE**, OSB #096617
fredburnside@dwt.com
Telephone: 206-757-8016
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201

Attorneys for Defendants Mortgage Electronic
Registration System, Inc. and MERSCORP Holdings, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **COUNTY OF MULTNOMAH,**<br><br>     Plaintiff,<br><br>  v.<br><br>**MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,** a Delaware corporation; et al.,<br><br>     Defendants. | Case No. 3:15-cv-01246-PK<br><br>**DEFENDANT MERSCORP HOLDINGS, INC.'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,**<br><br>  Defendant/Counterclaim-Plaintiff,<br><br>  v.<br><br>**COUNTY OF MULTNOMAH,**<br><br>  Plaintiff/Counterclaim-Defendant,<br><br>  and | |

Page 1 – DEF MERSCORP HOLDINGS'S STATEMENT OF UNDISPUTED FACTS ISO MSJ

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

**FEDERAL HOME LOAN MORTGAGE CORPORATION,**

and

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**

Counterclaim-Defendants.

## PRELIMINARY NOTE

This Statement of Undisputed Facts In Support of Motion for Summary Judgment was originally filed in Multnomah County Circuit Court, Case No. 1212-16328, on June 11, 2015 ("state court action"). The state court action was removed to this Court on July 6, 2015. On July 17, 2015, this Court asked that all motions for summary judgment filed in the state court action be refiled in this Court. Except for the Federal Court caption, this Statement of Undisputed Facts is identical to the one filed in the state court action.

## STATEMENT OF UNDISPUTED FACTS

Pursuant to ORCP 47 C, Defendant MERSCORP Holdings, Inc. ("MERSCORP") submits the following statement of undisputed material facts in support of its motion for summary judgment.

1.     The County claims that it was harmed because it accepted trust deeds for recording where the borrower and lender agreed to designate MERS as the beneficiary as an agent for the lender and its successors and assigns. (TAC ¶¶ 67(a), 108, 117, 156, 164-172, 203-205, 214-216, 218, 225(a).)

2.     The County also claims that it was harmed because documents memorializing promissory note transfers were not created and recorded with the County each time a note secured by a MERS trust deed was transferred. (TAC ¶¶ 115, 148-149, 178-183, 223.)

3.     MERSCORP is the parent corporation of MERS. (TAC ¶ 69; (Decl. of Robert Jefferson ("Jefferson Decl.") attached as Ex. A, ¶ 4).)

4.     MERSCORP is a separate corporation from its subsidiary MERS, each of them

Page 2 – DEF MERSCORP HOLDINGS'S STATEMENT OF UNDISPUTED FACTS ISO MSJ

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

being separately incorporated under Delaware law, maintaining separate corporate formalities, and each having a board of directors that meet separately. (Jefferson Decl., Ex. A, ¶¶ 10-13.)

5.  MERSCORP is not designated as the beneficiary on deeds of trust. (*Id.* ¶ 5.)

6.  MERSCORP does not assign deeds of trust. (*Id.* ¶ 7.)

7.  MERSCORP does not record deeds of trust. (*Id.* ¶ 8.)

8.  MERSCORP is not a party to deeds of trust. (*Id.* ¶ 5.)

9.  MERSCORP does not lend money. (*Id.* ¶ 9.)

10. MERSCORP does not possess promissory notes. (*Id.*)

11. MERSCORP does not transfer promissory notes. (*Id.*)

12. The County has not produced any evidence showing that MERSCORP has engaged in any alleged wrongdoing regarding any trust deeds, trust deed assignments, promissory notes, or promissory note transfers.

DATED this 20th day of July, 2015.

**DAVIS WRIGHT TREMAINE LLP**

By /s/ JOHN F. McGRORY
**JOHN F. McGRORY,** OSB #813115
johnmcgrory@dwt.com
Telephone: 503-778-5204
Facsimile: 503-778-5299
**GREGORY A. CHAIMOV,** OSB #822180
gregorychaimov@dwt.com
Telephone: 503-778-5328
Facsimile: 503-778-5299

Attorneys for Defendants Mortgage Electronic Registration System, Inc. and MERSCORP Holdings, Inc.

DWT 27391860v1 0096475-000008

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

IN THE CIRCUIT COURT FOR THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| COUNTY OF MULTNOMAH,<br><br>               Plaintiff,<br><br>     v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEM, INC., a Delaware<br>corporation; et al.,<br><br>               Defendants. | Case No. 1212-16328<br><br>**DECLARATION OF**<br>**ROBERT JEFFERSON** |

I, Robert Jefferson, declare as follows:

1.      I am an employee of MERSCORP Holdings, Inc. ("MERSCORP") and act as in-house corporate counsel to MERSCORP and Mortgage Electronic Registration Systems, Inc. ("MERS"). I have been employed by MERSCORP continuously since January 2014. I am familiar with how MERSCORP, and its subsidiary, MERS, operate and I have personal knowledge of the facts stated in this Declaration.

2.      Generally, when a lender agrees to give a loan to a borrower to finance real estate, the borrower executes two related, but separate, documents: (1) a promissory note evidencing the debt owed on the loan; and (2) a security instrument granting a lien on the property as security for the debt.

3.      When the lender that is originating the loan is a MERS® System member, the borrower will typically execute the promissory note and the lender will take possession of the note. When a deed of trust or other security instrument is used to secure the debt, the lender and

Page 1 – DECLARATION OF ROBERT JEFFERSON

DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
503.778.5328 main 503.778.5299 fax

1   borrower contractually agree to designate MERS as the beneficiary of the security instrument as

2   a nominee (or agent) for the lender and its successors and assigns.[1]

3        4.      MERS is a wholly-owned subsidiary of MERSCORP.

4        5.      MERSCORP is not, and has never been, designated as the beneficiary of a

5   security instrument.  MERSCORP is not, and has never been, designated as a mortgagee of a

6   security instrument.

7        6.      MERSCORP does not, and never has, enforced the terms of any security

8   instrument.

9        7.      MERSCORP does not, and never has, assigned any security instruments,

10  including deeds of trust.

11       8.      MERSCORP does not, and never has, recorded deeds of trust in the public land

12  records.

13       9.      MERSCORP does not, and never has, lent monies or originated loans, held

14  promissory notes, or otherwise possessed, transferred, or received promissory notes.

15       10.     MERSCORP is a separate corporation from its subsidiary MERS, and

16  MERSCORP and MERS each have a board of directors that meets separately.

17       11.     MERSCORP is incorporated under the laws of the State of Delaware, its articles

18  of incorporation are filed with the Delaware Secretary of State, and it has bylaws approved in

19  accordance with its articles of incorporation and Delaware law.

20       12.     MERSCORP maintains corporate formalities separate and apart from MERS.

21       13.     MERS is incorporated under the laws of the State of Delaware, its articles of

22  incorporation are filed with the Delaware Secretary of State, and it has bylaws approved in

23  accordance with its articles of incorporation and Delaware law.

24

25  _____

[1] Beginning in April 2014, a new security instrument and "MERS Rider" was introduced for use in
26  Oregon , which defines the Lender as the "beneficiary" and MERS as the "nominee" for the Lender.
Thus, with regard to these deeds of trust, MERS is no longer designated as the "beneficiary."

Page 2 – DECLARATION OF ROBERT JEFFERSON

1    I declare under penalty of perjury that the foregoing is true and correct to the best of my

2    knowledge and belief.

3

4    Dated: June 8, 2015                                 _____
                                                          Robert Jefferson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 3 – DECLARATION OF ROBERT JEFFERSON

DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
503.778.5328 main 503.778.5299 fax