Erich M. Paetsch, OSB # 993350
Email: epaetsch@sglaw.com
Saalfeld Griggs PC
P.O. Box 470
Salem, OR  97308–0470
Phone: (503) 399-1070
Fax:  (503) 371-2927
Of Attorneys for West Coast Bank and Citizens Bank

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COUNTY OF MULTNOMAH,<br><br>**Plaintiff,**<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; et al.<br><br>**Defendant**.<br><br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>**Defendant/Counterclaim-Plaintiff,**<br><br>v.<br><br>COUNTY OF MULTNOMAH,<br><br>**Plaintiff/Counterclaim-Defendant,**<br>and | **CASE NO.** 3:15-CV-01246 PK<br><br>**DECLARATION OF DON KASINGER IN SUPPORT OF COLUMBIA BANK AS SUCCESSOR IN INTEREST BY MERGER TO WEST COAST BANK AND CITIZEN BANCORP AND CITIZENS BANK'S PARTIAL MOTION FOR SUMMARY JUDGMENT RE: OREGON BANK HOLDING COMPANY LIABILITY**<br><br>**(ORAL ARGUMENT REQUESTED)** |

FEDERAL HOME LOAN MORTGAGE
CORPORATION
and

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                **Counterclaim-**
**Defendants,**

Don Kasinger being first duly sworn on oath, deposes and says:

I, Don Kasinger, declare as follows:

1. I am over the age of 18.  I make this Declaration based on my personal knowledge, and it is true to the best of my knowledge, information and belief.  I am prepared to testify to the matters discussed herein;

2. I am a Senior Vice President and the Small Business Lending Manager for Columbia State Bank;

3. I was a Senior Vice President for West Coast Bank and oversaw consumer loan underwriting, small business loan underwriting, and the retail collections group at West Coast Bank prior to its merger with Columbia State Bank;

4. West Coast Bancorp was a holding company for an Oregon stock bank organized under ORS Chapter 715;

5. At no time was West Coast Bancorp a member of or engaged in business with MERS;

6. West Coast Bank was a company organized for the purpose of conducting banking business under Oregon law prior to its merger with Columbia State Bank; and

7. During its operations, West Coast Bank held a charter from the Director of Department of Consumer and Business Services.

/ / /

/ / /

4835-8267-4982, v. 1

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: June 11, 2015.

By    /s/ Don Kasinger
        _____
        DON KASINGER

4835-8267-4982, v. 1